UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2025 NOV 20 PM 2:33

U.S. DIST. COURT
DISTRICT OF MASS.

Olivia Johnson

Plaintiff

v.

Complaint

Case #

Gina Abadi, Hong Yi Zeng

Defendants

---

1. Defendants conspired together in violation of due process rights,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands $1 Million against Defendants.


Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on 11/7/25